ANNIE B. PETERS, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant.

Argued January 4, 1950; decided January 12, 1950.

*William F. McNulty, John McKim Minton* and *Richard R. Bongartz* for appellant.

*Irving Michael Atkin, Robert McGowan Smith* and *Samuel P. Schonfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.